IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OKEZIE MAXWELL AND SIDRLEYLIN COOK,<br><br>PLAINTIFFS,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, MICAH R. BROWN, DIRECTOR OF ATLANTA FIELD OFFICE OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; IN THEIR OFFICIAL CAPACITY,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:24-cv-02832-VMC |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiffs' Original Complaint for Declaratory and Injunctive Relief Under the Administrative Procedure Act, without objection from Plaintiffs, and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiffs' Original Complaint for Declaratory and Injunctive Relief Under the Administrative Procedure Act through and including September 18, 2024.

So ordered this 13th day of August, 2024.

                                                _____
                                                Honorable Victoria M. Calvert
                                                United States District Judge

Presented By:

*/s/ Darcy F. Coty*
_____
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280