IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OKEZIE MAXWELL AND SHIRLEYLIN COOK, <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU, Director of U.S. Citizenship and Immigration Services, MICAH R. BROWN, Director of Atlanta Field Office of U.S. Citizenship and Immigration Services; in their official capacity <br><br> Defendants. | Civil Action No. <br> 1:24-cv-02832-VMC |

## ORDER

This Administrative Procedure Act case is before the Court before Defendants' Motion to Dismiss ("Motion," Doc. 10). In the Motion, Defendants argue, among other things, that this Court lacks subject matter jurisdiction over Plaintiffs' claims because Defendants' denial of relief did not constitute final agency action. (Doc. 10 at 10). Plaintiffs did not timely file a response to the Motion, which indicates no opposition to the Motion. LR 7.1(B), NDGa. Moreover, "[i]n the face of a factual challenge to subject matter jurisdiction, the burden is on the plaintiff to prove that jurisdiction exists," and by failing to respond to the Motion, Plaintiffs have failed to discharge their burden. *OSI, Inc. v. United States*, 285 F.3d

947, 951 (11th Cir. 2002) (citing *Thomson v. Gaskill*, 315 U.S. 442, 446 (1942); *Menchaca v. Chrysler Credit Corp.*, 613 F.2d 507, 511 (5th Cir. 1980)). Accordingly, it is

**ORDERED** that Defendants' Motion to Dismiss (Doc. 10) is **GRANTED IN PART** as unopposed. It is

**FURTHER ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED** this 5th day of December, 2024.

_____
Victoria Marie Calvert
United States District Judge